**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MEDICAL TECHNOLOGY ) | |
| ASSOCIATES II, INC., ) | Case No.: 22-10534 (CTG) |
| ) | |
| Debtor.[1] ) | |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED DOCUMENTS AND (II) AGENDA FOR VIDEO HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JUNE 16, 2022 AT 9:00 A.M. (ET), BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT <u>FOR THE DISTRICT OF DELAWARE</u>**

---

**THIS HEARING WILL BE HELD VIA ZOOM <u>ONLY</u>.  COURTCALL WILL <u>NOT</u> BE USED**

**ALL PARTIES WISHING TO APPEAR MUST REGISTER VIA THE REGISTRATION LINK BELOW:**

**HTTPS://DEBUSCOURTS.ZOOMGOV.COM/MEETING/REGISTER/VJITCO6UPZOUG6UHHP4XU-DEQT-FEUHFKE4**

**ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING
AT THE PROVIDED LINK**

**THE COURT IS ASKING ALL PARTIES TO REGISTER NO LATER THAN
WEDNESDAY, JUNE 15, 2022 AT 4:00 P.M. (ET)**

**AFTER PARTIES REGISTER, THEY WILL RECEIVE AN EMAIL GIVING THEM THE
LOG-IN INFORMATION FOR THE SCHEDULED HEARING.**

---

**TO: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on June 14, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PETITION AND RELATED DOCUMENT:**

1. Voluntary Chapter 11 Petition [D.I. 1; Filed June 14, 2022]

---

[1] The last four digits of the Debtor's U.S. tax identification number are (3760). The Debtor's mailing address is 1176 Tourmaline Dr, Thousand Oaks, CA 91320.

2. Declaration of Hubert Ho in Support of First Day Motions [D.I. 3; Filed June 14, 2022]

**PLEASE TAKE FURTHER NOTICE** that a video hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is scheduled for **June 16, 2022 at 9:00 a.m.** (prevailing Eastern Time) (the "First Day Hearing") before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

**FIRST DAY MOTIONS GOING FORWARD:**

3. Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtor to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Certain Related Relief [D.I. 4; Filed June 14, 2022].

   Status:  This matter is going forward.

4. Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Continue Payroll and Payroll-Related Practices, Including Payment or Reimbursement of Certain Prepetition (A) Wages, Salaries, Vacation Pay and Other Compensation and Amounts Withheld from Such Compensation; (B) Employee Health Benefits and Similar Benefits; (C) Reimbursement of Employee Expenses; and (D) Payment of All Costs Incident Thereto and (II) Authorizing Applicable Banks and Other Financial Institutions to Receive, Process, Honor and Pay Certain Checks and Transfers [D.I. 5; Filed June 14, 2022].

   Status:  This matter is going forward.

5. Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, Or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [D.I. 6; Filed June 14, 2022].

   Status:  This matter is going forward.

6. Debtors' Motion for Interim and Final Orders (I) Authorizing, But Not Directing, Payment of Prepetition Sales, Use, Property, and Franchise Taxes and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to

Receive, Process, Honor, And Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing [D.I. 7; Filed June 14, 2022].

Status: This matter is going forward.

7. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain, Continue, and Renew Their Property, Casualty, Liability and Other Insurance Policies and Agreements, and (II) Honor All Obligations in Respect Thereof [D.I. 8; Filed June 14, 2022].

   Status: This matter is going forward:

8. Debtor's Motion for an Order (I) Authorizing the Debtor to (A) Continue and Maintain Its Consolidated Cash Management System, (B) Continue and Maintain Its Existing Bank Accounts and (C) Use Existing Business Forms; (II) Waiving the Requirements of Bankruptcy Code Section 345(B); and (III) Granting Related Relief [D.I. 9; Filed June 14, 2022].

   Status:   This matter is going forward.

Dated: June 14 , 2022            **GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
mbusenkell@gsbblaw.com
rgellert@gsbblaw.com
blehman@gsbblaw.com

*Proposed Attorneys for Debtor*
*Medical Technology Associates II, Inc.*