| 22-10534 Medical Technology Associates II | | | |
|---|---|---|---|
| June 16, 2022 - 9:00AM | | | |
| First Day Hearing | | | |
| First Name | Last Name | Party Representing | Firm Name |
| Joseph | Barsalona | Interested Party | Pashman Stein Walder Hayden P.C. |
| Michael | Busenkell | Medical Technology Associates II,  Inc. | Gellert Scali Busenkell & Brown,  LLC |
| Linda | Casey | United States Trustee | |
| Richard | Furtek | Subchapter V Trustee | Furtek & Associates LLC |
| Judge | Goldblatt | Court | |
| Hubert | Ho | Medical Technology Associates II,  Inc. | Medical Technology Associates,  II,  Inc. |
| Kevin | Kotch | Carl Rausch and World Technology East II Limited | Ferrara Law Group PC |
| Stanley | Mastil | Debtor CRO | Gavin/Solmonese |
| Michael | Panacio | United States Trustee | |
| Destiney | Parker-Thompson | Court | |
| Damien | Tancredi | Carl Rausch and Worldwide Technology East II | Flaster/Greenberg |
| Demi | Yeager | Court | |