**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| MEDICAL TECHNOLOGY | ) |
| ASSOCIATES II, INC., | ) Case No.: 22-10534 (CTG) |
| | ) |
| Debtor. | ) Related to Docket No. 125 |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L. R. 2002-1(a), the United States Bankruptcy Court for the District

of Delaware has scheduled the following omnibus hearing dates in the above-captioned case:

| DATE | TIME |
|---|---|
| September 30, 2022 | 10:00 a.m. (ET) |
| October 14, 2022 | 9:15 a.m. (ET) |

*[signature]*

**Dated: September 2nd, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**