**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MEDICAL TECHNOLOGY ASSOCIATES II, INC., | Case No. 22-10534 (CTG) |
| Debtor.[1] | Related to Docket No. 162 |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM FEE APPLICATION OF GELLERT SCALI BUSENKELL & BROWN, LLC, AS COUNSEL FOR DEBTOR AND DEBTOR-INPOSSESSION, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD JUNE 14, 2022 THROUGH SEPTEMBER 30, 2022**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, nor other responsive pleading to the *First Interim Fee Application of Gellert Scali Busenkell & Brown, LLC, as Counsel for Debtor and Debtor-In-Possession, for Allowance of Compensation for Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 14, 2022 through September 30, 2022* [D.I. 162, Filed October 13, 2022] (the "Application").

The undersigned certifies that he has caused the review of the Court's docket in this case and that no answer, objection, nor other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than October 27, 2022, at 4:00 p.m. (Eastern Time).

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

---

[1] The last four digits of the Debtor's U.S. tax identification number are (3760). The Debtor's mailing address is 1176 Tourmaline Dr., Thousand Oaks, CA 91320.

Dated: October 28, 2022          Respectfully submitted,
Wilmington, DE

                                       GELLERT SCALI BUSENKELL & BROWN, LLC

                                       */s/ Michael Busenkell*
                                       Michael Busenkell (DE 3933)
                                       Ronald S. Gellert (DE 4259)
                                       Bradley P. Lehman (DE 5921)
                                       1201 N. Orange St., Ste. 300
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 425-5800
                                       Facsimile:  (302) 425-5814
                                       mbusenkell@gsbblaw.com
                                       rgellert@gsbblaw.com
                                       blehman@gsbblaw.com

                                       *Attorneys for Debtor and Debtor in Possession*