IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| MEDICAL TECHNOLOGY ASSOCIATES II, INC., | Case No. 22-10534 (CTG) |
| *Debtor.*[1] | RE: D.I. 166 and 178 |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER, AS SPECIAL LITIGATION COUNSEL FOR DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD JUNE 14, 2022 THROUGH OCTOBER 13, 2022**

Hangley Aronchick Segal Pudlin & Schiller ("Hangley"), retained as special litigation counsel for the above-captioned Debtor and Debtors-in-possession, Medical Technology Associates II, Inc. ("Debtor"), filed a First Interim Fee Application of Hangley Aronchick Segal Pudlin & Schiller, as Special Litigation Counsel to the Debtor and Debtor-in-Possession for Allowance of Compensation for Services Rendered for the Period June 14, 2022 through October 13, 2022 (the "Interim Fee Application"). The Court has reviewed the Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Interim Fee Application, and any hearing on the Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Interim Fee Application.

Accordingly, it is HEREBY ORDERED THAT:

1. The Interim Fee Application is GRANTED on an interim basis.

---

[1] The last four digits of the Debtor's U.S. tax identification number are (3760). The Debtor's mailing address is 1176 Tourmaline Dr., Thousand Oaks, CA 91320.

2. Fees of $117,756.00 (80% of $147,195.00), in compensation for professional services rendered for the period of June 14, 2022 through October 13, 2022 are authorized.

3. Debtor in the above case shall pay to Hangley the sum of $117,756.00 (80% of $147,195.00) in compensation for professional services rendered, on an interim basis for services rendered and disbursements incurred by Hangley for the period of June 14, 2022 through October 13, 2022.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 15th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE